

# Missouri Court of Appeals
## Southern District

## JANUARY 7, 2016

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33836

      Re:    JEROME POOLE,
             Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent.

2.    Case No.  SD34013

      Re:    IN THE INTEREST OF:
             S.D.B.,
             A CHILD UNDER SEVENTEEN
             YEARS OF AGE.
             R.D.B.,
             Appellant,
             vs.
             GREENE COUNTY JUVENILE OFFICE,
             Respondent.